# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                                 CASE NO. 8:04-CR-464-T-17-TBM

HOWARD LEE MCCAULEY
_____/

## ORDER

     This cause comes before the Court on the defendant's motion for specific performance of plea agreement and resentencing if the Court deems appropriate (Docket No. 40), response by the government (Docket No. 42), and defendant's reply (Docket No. 45).  Also, before the Court is a request for a conference before the Court on the matter.  The defendant seeks to have this Court order the government to "correct its statements on the record" and to modify his sentencing to reflect "the true state of ...cooperation and attitude toward repayment to IRS."  The Court has reviewed the motion, response, and reply.  The Court determines there is no need for a conference with the parties on this matter.  Further, the Court agrees with the assessment of the government that the motion of the defendant has no merit. Accordingly, it is

     **ORDERED** defendant's motion for specific performance of plea agreement and resentencing if the Court deems appropriate (Docket No. 40)  be **denied** and the sentence imposed by this Court stands as imposed.

     **DONE AND ORDERED** in Chambers in Tampa, Florida this 3rd day of  April, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record